UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK

ELIZABETH H. PARET
CLERK

ALBERT V. BRYAN U.S. COURTHOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314

TELEPHONE

| | |
|---|---|
| CIVIL | 299-2101 |
| CRIMINAL | 299-2102 |
| FINANCIAL | 299-2105 |
| JURY | 299-2104 |
| MAGISTRATE | 299-2102 |
| NATURALIZATION | 299-2104 |
| ADMINISTRATION | 299-2177 |

Clerk, USDC Western District of Virginia
210 Franklin Road, Room 308
Roanoke, VA  24011

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 01 2004

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

Re:   Paul J. Harris, Jr.  v. Edward L. Crosley, Jr., et al.                    1:04cv333

#7:04CV00277

Dear Sir/Madame:

   Pursuant to an order of this Court, filed  May 25, 2004,  and signed by the Honorable  Claude M. Hilton   United States District Judge, the above entitled matter is transferred to your district.

   Enclosed the case file in it entirety.  A certified copy of the order of transfer is enclosed in lieu of the original.  A certified copy of the docket entries is also enclosed.

   A copy of this letter is enclosed for your convenience in acknowledging receipt.

                                        Sincerely,

                                        ELIZABETH H. PARET, CLERK


                                        By: _____
                                                   Deputy Clerk


Enclosures

5/27/04

```
                                                         CLOSED JURY
                    U.S. District Court
           Eastern District of Virginia (Alexandria)

              CIVIL DOCKET FOR CASE #: 04-CV-333
```

Harris v. Crosley, et al                          Filed: 03/25/04
Assigned to: Judge Claude M. Hilton               Jury demand: Plaintiff
Demand: $0,000                                    Nature of Suit:  555
Lead Docket: None                                 Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Prisoner Civil Rights


PAUL JULIAN HARRIS, JR.              Paul Julian Harris, Jr.
     plaintiff                       # 313500
                                     [COR LD NTC] [PRO SE]
                                     Unit 2B/75
                                     Lunenburg Correctional Center
                                     P.O. Box Y
                                     Victoria, VA 23974



     v.


EDWARD L. CROSLEY, JR.,
Superintendent of Central
Virginia Regional Jail of
Orange County
     defendant


DEPUTY JOHN
     defendant


JANE DOE
     defendant                            A TRUE COPY, TESTE:
                                          CLERK, U.S. DISTRICT COURT
THE COUNTY OF ORANGE
     defendant                            BY [signature]
                                                DEPUTY CLERK


Docket as of May 27, 2004 3:33 pm                        Page 1

```
Proceedings include all events.
1:04cv333 Harris v. Crosley, et al                              CLOSED  JURY

3/25/04   1     Prisoner complaint administratively filed  by Paul Julian
                Harris Jr. (mcke) [Entry date 03/26/04]

3/25/04   2     REQUEST to proceed in forma pauperis by Paul Julian Harris
                Jr. (mcke) [Entry date 03/26/04]

3/25/04   --    Jury Trial Flag (mcke) [Entry date 03/26/04]

4/7/04    3     ORDER that pltf particularize and amend his complaint
                within thirty (30) days of the date of this order, that
                pltf must INFORM the court within thirty (30) days whether
                he fully exhausted his administrative remedies before
                filing this action. ( signed by Judge Claude M. Hilton )
                Copies Mailed: yes    [EOD Date: 4/12/04] (mcke)
                [Entry date 04/12/04]

5/3/04    4     AMENDED COMPLAINT by Paul Julian Harris Jr. ;  amending;
                prisoner complaint jury demand (mcke) [Entry date 05/04/04]

5/6/04    5     MOTION by Paul Julian Harris Jr. to Compel (mcke)
                [Entry date 05/07/04]

5/6/04    6     ADDENDUM  filed by plaintiff Paul Julian Harris Jr. [4-1]
                to amended complaint  by Paul Julian Harris Jr. (mcke)
                [Entry date 05/07/04]

5/25/04   7     ORDER that: this action is FILED solely for the convenience
                of the Clerk; this action is  TRANSFERRED to the USDC for
                the Western District of VA  ( signed by Judge Claude M.
                Hilton ) Copies Mailed: 5.27.04   [EOD Date: 5/27/04] (agil)
                [Entry date 05/27/04]

5/25/04   --    Interdistrict transfer to the Western  District of Virginia
                in one volume (agil) [Entry date 05/27/04]
```

```
********************************************************************************
********************************************************************************
* Job Owner Name: .jschildt.alexnet6.vaed                                       *
* Job Name       : Corel Office Document              [PFP#542303988]           *
*                                                                               *
*                  3:59:52 pm                          5/27/2004                *
********************************************************************************
*                                                                               *
*     CCC                      ll           OOO      ff     ff     i            *
*    C   C                      l          O   O     f       f                  *
*    C        ooo    rrrr   eee   l          O   O  ffff   ffff    ii     ccc     eee   *
*    C       o   o   r   r e   e    l          O   O   f       f     i     c     c   e    e *
*    C       o   o   r      eeeee    l          O   O   f       f     i     c          eeeee *
*    C   C   o   o   r      e        l          O   O   f       f     i     c     c   e    *
*     CCC     ooo    r       eeee  lll          OOO    f       f    iii     ccc     eeee  *
*                                                                               *
********************************************************************************
*                                                                               *
*                  j                   h        i    ll         d   t                 ll   *
*                                      h             l          d   t                  l   *
*              jj   ssss  ccc   hhhh    ii    l    dddd  tttt         aaa     l   *
*              j  s    c    c h    h    i     l    d   d    t                a     l   *
*              j   sss   c      h    h    i     l    d   d    t               aaaa    l   *
*     ..       j      s c    c h    h    i     l    d   d    t   t    ..   a   a   l   *
*     ..       j   ssss  ccc   h    h   iii   lll   dddd   tt     ..       aaaa   lll *
*          j   j                                                                 *
*           jjj                                                                  *
*                                                                               *
********************************************************************************
*************************************************Hewlett-Packard NDPS Gateway*****
********************************************************************************
```

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| PAUL J. HARRIS, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-333-AM |
| EDWARD L. CROSLEY JR., et al., | ) |
| Defendants. | ) |

O R D E R

Plaintiff, a Virginia inmate, brings this action pursuant to 42 U.S.C. § 1983. Jurisdiction is vested pursuant to 28 U.S.C. § 1343. However, defendants are located in the Western District of Virginia and all the events pertaining to the lawsuit occurred in the Western District of Virginia. Therefore, the Court must transfer this case.

Accordingly, it is hereby

**ORDERED** that this action is **FILED** solely for the convenience of the Clerk; and it is further

**ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Western District of Virginia.

The Clerk of the Court is DIRECTED to send a copy of this Order to plaintiff, and to transfer all pleadings filed in this case and a copy of the docket sheet to the Clerk of the United States District Court for the Western District of Virginia.

Dated: May 25, 2004
Alexandria, Virginia

Claude M. Hilton
UNITED STATES DISTRICT JUDGE