# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| PAUL J. HARRIS, JR., ) | |
|     Plaintiff, ) | Civil Action No. 7:04-cv-00277 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| EDWARD L. CROSLEY, JR., et al., ) | By: Hon. James C. Turk |
|     Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the defendants' motion for summary judgement is hereby **GRANTED**, pursuant to 42 U.S.C. §1997e(a), based on plaintiff's failure to exhaust administrative remedies before commencing this civil action, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 21st day of June, 2005.

                                                                /s/ James C. Turk
                                                      Senior United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 21 2005
JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK